**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Transplant Systems, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-2959453** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1700 North Elm St., Unit L3**<br>**Greensboro, NC 27408**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Guilford**<br>County | **Location of principal assets, if different from principal place of business**<br>_____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Transplant Systems, LLC**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor **Transplant Systems, LLC**     Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **Transplant Systems, LLC**  Case number (*if known*)
       Name

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Transplant Systems, LLC**
Name

Case number (*if known*)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 28, 2023**
                         MM / DD / YYYY

X **/s/ Thurman Ray De Bruhl**                                **Thurman Ray De Bruhl**
Signature of authorized representative of debtor              Printed name

Title   **Managing Member**

**18. Signature of attorney**

X **/s/ Erik M. Harvey**                                      Date **September 28, 2023**
Signature of attorney for debtor                                         MM / DD / YYYY

**Erik M. Harvey 37663**
Printed name

**Bennett Guthrie PLLC**
Firm name

**1560 Westbrook Plaza Dr**
**Winston Salem, NC 27103**
Number, Street, City, State & ZIP Code

Contact phone  **336-765-3121**     Email address

**37663 NC**
Bar number and State

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                 page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Transplant Systems, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Reliance Financial** 200 Central Avenue Farmingdale, NJ 07727 | | UCC Filing | Disputed | $85,800.00 | $0.00 | $85,800.00 |
| **Small Business Administration** 409 3rd St, SW Washington, DC 20416 | | UCC Filing - EIDL | Disputed | $50,000.00 | $0.00 | $50,000.00 |
| **Mike Morgan** 6521 Tom Ball Rd Randleman, NC 27317 | | | | | | $35,000.00 |
| **Tommie Collie** 1364 Ring Gold Church Rd. Ringgold, VA 24586 | | | | | | $35,000.00 |
| **Amazon Capital Services, Inc.** 410 Terry Ave. N Seattle, WA 98109 | | UCC Filing | | $19,169.03 | $0.00 | $19,169.03 |
| **Bio Composite** 3250 50th St. Drayton Valley, AB T74 OC6 CANADA | | | | | | $11,933.76 |
| **Quick Plug** 16 Northbrook Dr., Ste. D Falmouth, ME 04105 | | | | | | $5,272.85 |

# United States Bankruptcy Court
## Middle District of North Carolina

In re  **Transplant Systems, LLC**  
                       Debtor(s)

Case No. _____  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **September 28, 2023**

**/s/ Thurman Ray De Bruhl**  
**Thurman Ray De Bruhl**/**Managing Member**  
Signer/Title

Transplant Systems, LLC -

AMAZON CAPITAL SERVICES, INC.
410 TERRY AVE. N
SEATTLE, WA 98109


AMAZON, INC.
COMMERCIAL SERVICE CORPORATION
300 DESCHUTES WAY SW, ,STE 208 MC-CSC1
OLYMPIA, WA 98501


BIO COMPOSITE
3250 50TH ST.
DRAYTON VALLEY, AB T74 OC6
CANADA


DAVIS WRIGHT TREMAINE LLP
920 FIFTH ST., STE. 3000
SEATTLE, WA 98104-1610


EMPLOYMENT SECURITY COMMISSION
PO BOX 26504
RALEIGH, NC 27611


GENE W. ROSEN
GENE ROSEN'S LAW FIRM
200 GARDEN CITY PLAZA, STE. 405
GARDEN CITY, NY 11530


GUILFORD COUNTY TAX
P.O. BOX 3328
GREENSBORO, NC 27402-3328


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101-7346


MIKE MORGAN
6521 TOM BALL RD
RANDLEMAN, NC 27317


NORTH CAROLINA DEPT. OF REVENUE
P.O. BOX 1168
RALEIGH, NC 27640

Transplant Systems, LLC -

QUICK PLUG
16 NORTHBROOK DR., STE. D
FALMOUTH, ME 04105

RELIANCE FINANCIAL
200 CENTRAL AVENUE
FARMINGDALE, NJ 07727

SMALL BUSINESS ADMINISTRATION
409 3RD ST, SW
WASHINGTON, DC 20416

SMALL BUSINESS ADMINISTRATION
2 NORTH 20TH ST, STE. 320
BIRMINGHAM, AL 35203

TOMMIE COLLIE
1364 RING GOLD CHURCH RD.
RINGGOLD, VA 24586

US ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSLYVANIA AVE NW
WASHINGTON, DC 20530-0014

US ATTORNEY'S OFFICE MDNC
ATTN: CIVIL PROCESS CLERK
101 S. EDGEWORTH ST., 4TH FLOOR
GREENSBORO, NC 27401

**United States Bankruptcy Court**
**Middle District of North Carolina**

In re **Transplant Systems, LLC**　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

　　I, **Ray De Bruhl**, declare under penalty of perjury that I am the **Managing Member** of **Transplant Systems, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 28th day of **September**, 20 **23** .

　　"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

　　Be It Therefore Resolved, that **Thurman Ray De Bruhl**, **Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

　　Be It Further Resolved, that **ThurmanRay De Bruhl**, **Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

　　Be It Further Resolved, that **ThurmanRay De Bruhl**, **Managing Member** of this Corporation is authorized and directed to employ **Erik M. Harvey 37663**, attorney and the law firm of **Bennett Guthrie PLLC** to represent the corporation in such bankruptcy case."

Date **September 28, 2023**　　　　　　　　　　　Signed **/s/ Thurman Ray De Bruhl**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Thurman Ray De Bruhl**

Resolution of Board of Directors
of
**Transplant Systems, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Thurman Ray De Bruhl**, **Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Thurman Ray De Bruhl**, **Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Thurman Ray De Bruhl**, **Managing Member** of this Corporation is authorized and directed to employ **Erik M. Harvey 37663**, attorney and the law firm of **Bennett Guthrie PLLC** to represent the corporation in such bankruptcy case.

Date **September 28, 2023**      Signed **/s/  Thurman Ray De Bruhl**

Date                              Signed