| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Transplant Systems, LLC | EIN: | 82−2959453 |
| | Name | | |
| United States Bankruptcy Court | Middle District of North Carolina | Date case filed in chapter: | 11    9/28/23 |
| Case number: | 23−10531 | Date case converted to chapter: | 7    12/6/23 |

Official Form 309D (For Corporations or Partnerships)
**Notice of Chapter 7 Bankruptcy Case −− Proof of Claim Deadline Set**     10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Transplant Systems, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1700 North Elm St., Unit L3<br>Greensboro, NC 27408 | |
| 4. | **Debtor's attorney**<br>Name and address | Erik Mosby Harvey<br>Bennett Guthrie PLLC<br>1560 Westbrook Plaza Drive<br>Winston−Salem, NC 27103 | Contact phone 336−765−3121<br><br>Email: eharvey@bennett−guthrie.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Daniel C. Bruton<br>Bell, Davis & Pitt, P.A.<br>600 Century Plz.<br>100 N. Cherry St.<br>P. O. Box 21029<br>Winston−Salem, NC 27120 | Contact phone (336) 722−3700<br><br>Email: dbruton@belldavispitt.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 101 S. Edgeworth Street<br>Greensboro, NC 27401 | Hours open:<br>Monday−Friday 8am − 5pm, excluding federal holidays<br><br>Contact phone (336) 358−4000<br><br>Date: 12/8/23 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **January 8, 2024 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Creditors Meeting Room, First Floor, 101 South Edgeworth St., Greensboro, NC 27401** |

**For more information, see page 2 >**

Debtor **Transplant Systems, LLC**                                                                                                                         Case number **23–10531**

| | | |
|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/14/24** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:180 days from date of Order for Relief** |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |

**NOTICE: STATE OR FEDERALLY ISSUED PHOTO ID IS REQUIRED TO ENTER THE BUILDING. CELL PHONES OR WEAPONS ARE NOT ALLOWED. Public parking is not available at Court site. Please visit www.ncmb.uscourts.gov under Court Info, for parking information.**

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                  page **2**