Form 154

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Transplant Systems, LLC | Social Security number or ITIN: _ _ _ _ <br> EIN: 82–2959453 | |
| | 1700 North Elm St., Unit L3 <br> Greensboro, NC 27408 | Date case filed in chapter: 11 | 9/28/23 |
| Case number: | 23–10531 | Date case converted to chapter: 7 | 12/6/23 |

## NOTICE OF HEARING
## TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**TAKE NOTICE THAT** a hearing will be held to consider and act upon the following:

*Motion to Sell Inventory on Amazon and Operate Debtor's Amazon Seller Account Free and Clear of Liens under Section 363(f) with all Liens and Interests being Transferred to the Proceeds of Sale and to Pay Secured Claim of Amazon Capital Services, Inc.*

*Filed by Daniel C. Bruton.*

*"Any Objections to the above referenced Motion MUST BE FILED with this Court on or before February 21 2024 and said Objection WILL BE HEARD at the above scheduled place and time."*

*\*\*Hearing re−notice by the direction of the Court\*\**

| Hearing Details: | |
|---|---|
| Hearing Date: | 2/28/24 |
| Hearing Time: | 02:00 PM |
| Hearing Location: | Courtroom 1, First Floor, 601 W. 4th St. Suite 100, Winston−Salem, NC 27101 |

Dated: 1/31/24                                                                                  OFFICE OF THE CLERK/smw

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.