# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Page: 1-1

**Case No.:** 23-10531  
**Case Name:** Transplant Systems, LLC  
**For Period Ending:** 03/31/2024

**Trustee Name:** (530470) Daniel C. Bruton  
**Date Filed (f) or Converted (c):** 12/06/2023 (c)  
**§ 341(a) Meeting Date:** 01/08/2024  
**Claims Bar Date:** 02/14/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | Business Checking Account at First Citizens, xxxxxx8188 | 1,500.00 | 1,500.00 | | 72,404.20 | 0.00 | 0.00 | 0.00 |
| 2 | Business checking Account at Truist Bank | 0.00 | 0.00 | | 2,545.36 | FA | 0.00 | 0.00 |
| 3 | Finished goods: Inventory held by Amazon, Net Book Value: $0.00 | 22,068.00 | 22,068.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4 | (10) Tables. | 500.00 | 500.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5 | (20) Shelves. | 1,000.00 | 1,000.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6 | 1 Computer. | 120.00 | 120.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7 | (3) Printers. | 300.00 | 300.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8 | Shrink wrap machine. | 400.00 | 400.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9 | (25) Carts. | 625.00 | 625.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10 | Misc. Tools. | 400.00 | 400.00 | | 0.00 | FA | 0.00 | 0.00 |
| 11 | Self made equipment for assembling products. | 250.00 | 250.00 | | 0.00 | FA | 0.00 | 0.00 |
| **11** | **Assets Totals (Excluding unknown values)** | **$27,163.00** | **$27,163.00** | | **$74,949.56** | **$0.00** | **$0.00** | **$0.00** |

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

First Interim Report 4/1/2024: Trustee continues to liquidate assets

**Initial Projected Date Of Final Report (TFR):** 01/01/2025   **Current Projected Date Of Final Report (TFR):** 01/01/2025

04/09/2024  
Date

/s/Daniel C. Bruton  
Daniel C. Bruton

Copy Served On: John Paul Hughes Cournoyer  
Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 23-10531 | Trustee Name: | Daniel C. Bruton (530470) |
| --- | --- | --- | --- |
| Case Name: | Transplant Systems, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***9453 | Account #: | ******4368 Checking |
| For Period Ending: | 03/31/2024 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/24 | {2} | Transplant Systems, LLC | Funds from debtor in Truist account | 1129-000 | 2,545.36 | | 2,545.36 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,540.36 |
| 02/06/24 | {1} | First Citizens Bank | Funds from bank account | 1129-000 | 40,004.20 | | 42,544.56 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 52.94 | 42,491.62 |
| 03/28/24 | {1} | First Citizens Bank | Funds from Debtor's account | 1129-000 | 32,400.00 | | 74,891.62 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 67.37 | 74,824.25 |

| Account | | | | | |
| --- | --- | --- | --- | --- | --- |
| | Balance Forward | 0.00 | | | |
| 3 | Deposits | 74,949.56 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 3 | Adjustments Out | 125.31 |
| | Subtotal | 74,949.56 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | 125.31 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 74,949.56 | | | |

Page Subtotals:   $74,949.56   $125.31

{ } Asset Reference(s)                                                          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | | | |
|---|---|---|---|
| **Case No.:** | 23-10531 | **Trustee Name:** | Daniel C. Bruton (530470) |
| **Case Name:** | Transplant Systems, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***9453 | **Account #:** | ******4368 Checking |
| **For Period Ending:** | 03/31/2024 | **Blanket Bond (per case limit):** | $2,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $74,949.56 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $74,949.56 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4368 Checking | $74,949.56 | $125.31 | $74,824.25 |
| | **$74,949.56** | **$125.31** | **$74,824.25** |

| | |
|---|---|
| 04/09/2024 | /s/Daniel C. Bruton |
| Date | Daniel C. Bruton |